DOWNEY BRAND LLP
JANLYNN R. FLEENER (Bar No. 169385)
jfleener@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:    916.444.2100

Attorneys for Defendant THE GOLDEN 1 CREDIT UNION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROCKY LO SAETERN,<br><br>    Plaintiff,<br><br>    v.<br><br>GOLDEN 1 CREDIT UNION, and TRANSUNION, LLC,<br><br>    Defendants. | Case No. 1:20-cv-01540-AWI-BAM<br><br>**ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANT THE GOLDEN 1 CREDIT UNION TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT**<br><br>*The Hon. Anthony W. Ishii*<br><br>Trial Date:            Not Set |

After full consideration of the matter, and upon Stipulation of Plaintiff ROCKY LO SAETERN and Defendant THE GOLDEN 1 CREDIT UNION, this Court finds as follows:

IT IS HEREBY ORDERED that, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 144(a) of the Eastern District of California Local Rules, Golden 1's deadline to respond to Plaintiff's Complaint is extended up to and including January 6, 2021.

IT IS SO ORDERED.

Dated:  **December 8, 2020**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE